AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Francisco Grajeda-Ramos

United States Courts
Southern District of Texas
FILED
*December 09, 2022*
Nathan Ochsner, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-22-2368-M

IAE   YOB: 1982
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __December 7, 2022__ in __Hidalgo__ County, in the __Southern__ District of __Texas__
*(Track Statutory Language of Offense)*
the Defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Francisco Grajeda-Ramos was encountered by Border Patrol Agents near Hidalgo, Texas on December 7, 2022. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on December 7, 2022, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on June 22, 2022, through Laredo, Texas. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.
On April 16, 2022, the Defendant was convicted of Aggravated Assault with a Deadly Weapon and sentenced to five (5) years probation.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Complaint authorized by AUSA M. Mitchell
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

December 9, 2022   6:52 AM

Nadia S. Medrano, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

/s/ Christian Salmon
Signature of Complainant

Christian Salmon   Border Patrol Agent

Signature of Judicial Officer