**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| *versus* | § § | Case No. 7:22–mj–02368 |
| Francisco Grajeda–Ramos | § | |

## ORDER APPOINTING COUNSEL

Because the above-named defendant has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is hereby appointed to represent this person in the above-designated case.

If appointment is made by a Magistrate and the case subsequently proceeds to United States District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

Signed on December 9, 2022, in McAllen, Texas.

_____
Nadia S. Medrano
United States Magistrate Judge